Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

Beatriz Morejon Paniagua

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Public Housing and Community Development

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

FILED BY_____D.C.

JUL 18 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Beatriz Morejon Paniagua |
| Street Address | Homeless |
| City and County | Miami Dade |
| State and Zip Code | Florida 33101 |
| Telephone Number | 305 - 801 - 8072 |
| E-mail Address | morejonb31@Icloud.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name      *Public Housing and Community Development*

Job or Title *(if known)*      Overtown Transit Village North

Street Address      701 NW 1st Cort

City and County      Miami

State and Zip Code      Florida 33136

Telephone Number      786 469 4100

E-mail Address *(if known)*      phcdwebmaster@miamidade.gov

Defendant No. 2

Name      *Public Housing and Community Development*

Job or Title *(if known)*      Housing

Street Address

City and County      Los Angeles

State and Zip Code      California

Telephone Number      United State.

E-mail Address *(if known)*

Defendant No. 3

Name      N/A

Job or Title *(if known)*      N/A

Street Address

City and County      N/A

State and Zip Code      N/A

Telephone Number      N/A

E-mail Address *(if known)*      N/A

Defendant No. 4

Name

Job or Title *(if known)*      N/A

Street Address      N/A

City and County      N/A

State and Zip Code      N/A

Telephone Number      N/A

E-mail Address *(if known)*      N/A

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.      **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Civil Rigths*

B.      **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

    a.      If the plaintiff is an individual
            The plaintiff, *(name)* _Beatriz Morejon Paniagua_ , is a citizen of the
            State of *(name)* _Florida_ .

    b.      If the plaintiff is a corporation
            The plaintiff, *(name)* _N/A_ , is incorporated
            under the laws of the State of *(name)* _Florida — California_ ,
            and has its principal place of business in the State of *(name)*
            _Miami — Lon beach . United State_

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

    a.      If the defendant is an individual
            The defendant, *(name)* _Public Housing and Community Development_ is a citizen of
            the State of *(name)* _Florida — California_ . Or is a citizen of
            *(foreign nation)* _N/A_ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* Public Housing and Community D, is incorporated under the laws of the State of *(name)* FLORIDA — CALIFORNIA , and has its principal place of business in the State of *(name)* MIAMI—Los Angeles . Or is incorporated under the laws of *(foreign nation)* United States , and has its principal place of business in *(name)* United States

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Yes.
Because my monthly retirement is 577.00.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am an American Citizen, physical and mental disability (15 years old), I arrived from Cuba in the year 2006 with my minor son (14 years old), I have gone on different occasions for housing assistance, all in the city Miami Florida and Los Angeles (2 occasions) I have applied online more than 4 times, and at present, the year 2023 continued without being assisted

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I Ask that, the guilty pay as the law required, this lack of assistance has keep me homeless for 4 years 1/2 and on the streets of Miami Florida without assistance for housing and information for 17 years, paying every dollar earned in expensive rents, sacrificing my person and health by working extra to be able to pay for a safe place, neglecting my family and person, causing long periods of psychological and fisico illness, and administrative of continuous medical treatments that affected another part of my health, all untill today 18/2023.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7/18/2023

Signature of Plaintiff    *Beatriz Moreton Paniagua*

Printed Name of Plaintiff    BEATRIZ MORETON PANIAGUA

### B.    For Attorneys

PRO SE

Date of signing:    7/18/2023

Signature of Attorney    PRO SE

Printed Name of Attorney    N/A

Bar Number    N/A

Name of Law Firm    N/A

Street Address    N/A

State and Zip Code    N/A

Telephone Number    N/A

E-mail Address    N/A